HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Pete Anthony Toro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-00210 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO SET FOR CHANGE OF PLEA;  ORDER THEREON |
| v. | Date:  July 22, 2013 |
| PETE ANTHONY TORO, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Pete Anthony Toro, that this matter may be scheduled for a change of plea hearing, before the Hon. Lawrence J. O'Neill, on July 22, 2013.  It is further stipulated that the July 29, 2013 status conference before the Hon. Sheila K. Oberto may be vacated.

///

///

///

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 17, 2013 | By /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 17, 2013 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Pete Anthony Toro |

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 18, 2013

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court