**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
PETE TORO

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PETE TORO,<br>Defendant | Case No. 1:13-CR-00210-DAD<br><br>STIPULATION REGARDING CONTINUATION OF ADMIT/DENY HEARING; ORDER<br><br>DATE: FEBRUARY 22, 2027<br>TIME: 9:30 AM<br>COURT: HON. DALE A. DROZD |

**STIPULATION**

The defendant is on supervised release and is now in contact with his supervising officer. All parties have requested extending the next court appearance to a period of approximately 90 days.

At that time, his supervising officer will determine whether to go forward with the current petition. It is anticipated that the defendant will continue to conform to the rules, and the matter might be dismissed.

It is in the best interest of all parties, and judicial resources, to reset this matter for a period of approximately 90 days out.

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: November 5, 2026

Eric Grant
United States Attorney

/s/Douglas Harman
DOUGLAS HARMAN
Assistant United States Attorney

Dated: November 5, 2026

REICHEL LAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Pete Toro

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit or deny hearing in this case previously scheduled for November 9, 2026, is continued to February 8, 2027 at 9:30 a.m. with all conditions of defendant's supervised release to remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE